1  **KURT BONDS**
   Nevada Bar No. 6228
2  **TREVOR WAITE**
   Nevada Bar No. 13779
3  **ALVERSON TAYLOR & SANDERS**
   6605 Grand Montecito Parkway, Suite 200
4  Las Vegas, Nevada  89149
   Telephone: (702) 384-7000
5  Facsimile:  (702) 385-7000
   Email: kbonds@alversontaylor.com
6  Email: twaite@alversontaylor.com
   *Counsel for Trans Union LLC*

7

8              **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE DISTRICT OF NEVADA**

10  NANCY SLOANE,                          | Case No. 2:18-cv-02130-JCM-NJK

11                       Plaintiff,        | **JOINT STIPULATION AND ORDER**
                                           | **EXTENDING DEFENDANT TRANS**
12  v.                                     | **UNION LLC'S TIME TO FILE AN**
                                           | **ANSWER OR OTHERWISE RESPOND**
13  TRANS UNION, LLC, and CREDIT           | **TO PLAINTIFF'S COMPLAINT (FIRST**
14  SERVICE COMPANY,                       | **REQUEST)**

15                       Defendants.

16

17       Plaintiff Nancy Sloane ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"),

18  by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans

19  Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

20       On November 6, 2018, Plaintiff filed her Complaint.  The current deadline for Trans

21  Union to answer or otherwise respond to Plaintiff's Complaint is December 4, 2018.   Trans

22  Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations

23  and details in Plaintiff's Complaint.

24  / / /

25  / / /

26  / / /

27  / / /

28

                                                                    1
                                                              KB/25944
3356001.1

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including December 27, 2018. This is the first stipulation of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 28th day of November, 2018

**ALVERSON TAYLOR & SANDERS**

//S// Kurt R. Bonds

Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
Email: kbonds@alversontaylor.com
Email: twaite@alversontaylor.com
***Counsel for Trans Union LLC***

Dated this 28th day of November, 2018

**HAINES & KRIEGER, LLC**

//S// David H. Krieger

David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated November 29 _____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2
KB/25944

3356001.1