# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NANCY SLOANE,<br>    Plaintiff(s),<br>v.<br>TRANSUNION, LLC, et al.,<br>    Defendant(s). | Case No.: 2:18-cv-02130-JCM-NJK<br><br>**ORDER** |

In light of the notice of settlement, Docket No. 4, dismissal papers with respect to Credit Service Company shall be filed by January 25, 2019.

IT IS SO ORDERED.

Dated: January 14, 2019

_____
Nancy J. Koppe
United States Magistrate Judge