UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY SLOANE,<br>　　Plaintiff(s),<br>v.<br>TRANSUNION, LLC, et al.,<br>　　Defendant(s). | Case No.: 2:18-cv-02130-JCM-NJK<br>**ORDER** |

On November 26, 2018, Plaintiff filed a notice that she settled her claims against Credit Service Company and needed 60 days to file dismissal papers. Docket No. 4. The Court ordered that those dismissal papers be filed by January 25, 2019. Docket No. 9. The dismissal papers were not filed and Plaintiff otherwise did not respond to the Court's order. The Court again **ORDERS** Plaintiff to file dismissal papers or a status report by February 4, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: January 28, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1